**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREA CUMMINGS, | : |
| Plaintiff, | : Civ. No. 20-5217 (GC) (LHG) |
| v. | : |
| SOMERSET COUNTY JAIL, et al., | : **MEMORANDUM & ORDER** |
| Defendants. | : |

**CASTNER, U.S.D.J.**

Plaintiff is a former pretrial detainee and state inmate proceeding *pro se* with a civil rights Complaint filed pursuant to 42 U.S.C. § 1983. In July 2021, the Court granted Plaintiff's application to proceed *in forma pauperis*, ordered the Clerk to file the Complaint but not issue summonses on the Defendants because the Court had not yet completed its *sua sponte* screening of the Complaint. (*See* ECF 14). On April 11, 2022, this matter was reassigned to the undersigned. (*See* ECF 15).

Normally, the Court would screen Plaintiff's complaint at this time. However, it has come to the attention of this Court that Plaintiff's prison address of record is no longer accurate. Indeed, Plaintiff's current address on record in this case is the Edna Mahan Correctional Facility for Women in Clinton, New Jersey. However, a review of the New Jersey Department of Corrections inmate locator shows that Plaintiff was released from Edna Mahan and paroled on August 31, 2021. *See https://www20.state.nj.us/DOC_Inmate/details?x=1017674&n=0* (last visited on June 13, 2022). Thus, Plaintiff has failed to comply with Local Civil Rule 10.1 which requires her to keep this Court advised of her current address. *See* L. Civ. R. 10.1(a) ("Counsel and/or

unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). This Court is mindful that Plaintiff is proceeding *pro se*, however, given that it has been over nine months since Plaintiff was paroled without her providing the Court with an updated address, the Court will administratively terminate this case. Plaintiff can seek to reopen this case by providing an updated address considering her parole.

Accordingly, IT IS on this 14th day of June, 2022,

ORDERED that by failing to provide the Court with her current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this case because of Plaintiff's failure to comply with Local Civil Rule 10.1; and it is further

ORDERED that if Plaintiff updates her contact information and satisfies the appropriate Rules within thirty (30) days of the date of this Memorandum and Order, the Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this Memorandum and Order by regular U.S mail on Plaintiff at her current address of record in this case.

*Georgette Castner*<br>
GEORGETTE CASTNER<br>
United States District Judge